UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 1001(a)(2) |
| | : | |
| SHAWN HUGHES, | : | (Making a False, Fictitious or |
| | : | Fraudulent Statement) |
| Defendant. | : | |

## INFORMATION

The United States of America informs the Court that:

### COUNT ONE

### Introduction

At all times material to this Information:

1. Defendant SHAWN HUGHES ("HUGHES") held the position of Certification Processor for Blackhawk, Inc., doing business as Blackhawk Security ("Blackhawk"), a federal government contractor located in Suitland, Maryland that provided security guard services to the federal government and the private sector.

2. Blackhawk contracted with the United States Government to provide armed security guards at several federal buildings in the Washington, D.C., metropolitan area, including buildings occupied by the Department of Homeland Security ("DHS") and the Department of Veterans Affairs ("VA") in the District of Columbia and a Federal Bureau of Investigation ("FBI") construction site in Northern Virginia.

3. DHS was a department within the executive branch of the United States Government. The Federal Protective Service ("FPS"), a division of DHS, was a uniformed protective force

within the executive branch of the United States Government designated to safeguard government occupied facilities.

4. As Blackhawk's Certification Processor, HUGHES was responsible for (a) ensuring that Blackhawk employees were properly trained and credentialed in areas such as First Aid and Cardiopulmonary Resuscitation ("CPR"), firearms, and the use of an expandable baton; (b) maintaining all employee training records; and (c) submitting and causing others to submit information concerning guard training and credentials to the federal government pursuant to Blackhawk's contractual obligations.

5. Blackhawk's contracts with the United States required it to use security guards who met specific background and training requirements, including regular First Aid and CPR training and certification.

6. Before any security guard could work at a government facility pursuant to a government contract, Blackhawk was required to submit to FPS, at an office in Washington, D.C., documentation containing the guard's biographical information, their assigned building location, and the completion dates of required training, including among other things, the dates when each guard completed First Aid and CPR training. Blackhawk was prohibited from permitting any employee to work at a government facility without valid First Aid and CPR training certification credentials.

7. Blackhawk frequently provided updated documentation to FPS, at an office in Washington, D.C., when its guards renewed their training credentials at regular intervals, including First Aid and CPR training certification

**Making a False, Fictitious or Fraudulent Statement**

8. In or about February 2006, and continuing until in or about February 2008, in the District of Columbia and elsewhere, defendant HUGHES, in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, FPS and DHS, knowingly and willfully made and caused to be made materially false, fictitious, and fraudulent statements and representations, that is, on more than 40 occasions HUGHES submitted and caused to be submitted to FPS false information and documents asserting that individual Blackhawk security guards had completed First Aid and CPR training as required by Blackhawk's government contracts, when, in truth and in fact, as HUGHES then well knew, the subject security guards had not attended or completed such training, as HUGHES had arranged for the subject security guards to obtain First Aid and CPR certification cards without attending the requisite training.

(Making a False, Fictitious, or Fraudulent
Statement, in violation of 18 U.S.C. § 1001(a)(2))

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. BAR # 415793

BY: _____
JONATHAN HARAY, D.C. BAR #480140
ASSISTANT UNITED STATES ATTORNEY
Fraud & Public Corruption Section
555 Fourth Street, NW, Room 5838
Washington, DC 20530
(202) 353-2877
jonathan.haray@usdoj.gov